PETER W. BECKER, Respondent, *v.* CAMILLE WEIDENFELD et al., Appellants.

*Becker* v. *Weidenfeld*, 54 App. Div. 626, affirmed.
(Argued May 7, 1902; decided May 27, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered

October 9, 1900; affirming a judgment in favor of plaintiff entered upon a verdict directed by the court.

*George Alfred Lamb* for appellants.

*J. Rider Cady* and *Frank V. Millard* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: GRAY, O'BRIEN, BARTLETT, HAIGHT, CULLEN and WERNER, JJ. Absent: PARKER, Ch. J.